# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-0563
LT Case No. 2019-DR-002348-A

———————————————

ROBERT C. ELLISON,

    Appellant,

    v.

MEGHAN A. ELLISON,

    Appellee.

———————————————

On appeal from the Circuit Court for Lake County.
Brian Welke, Judge.

Thomas Holden and Paul W. Darby, of Holden and Darby
P.A., Tavares, for Appellant.

Meghan A. Mulhern fka Meghan A. Ellison, Grand Island, pro se.

March 19, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE , and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————